## OCTOBER 15, 1984

No. 83–461. CLUB MEDITERRANEE, S.A. *v.* DORIN ET AL. Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–396. UNITED STATES *v.* MORENO. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Segura* v. *United States*, 468 U. S. 796 (1984). JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE STEVENS dissent.

No. — – ——. BENNETT *v.* CITY OF SLIDELL ET AL. Motion of petitioner to direct the Clerk to file a petition for writ of certiorari with an appendix that does not comply with the Rules of this Court denied.

No. — – ——. LEWIS *v.* FROSCH, ADMINISTRATOR OF NASA. Motion to dispense with printing the petition for writ of certiorari denied. JUSTICE STEVENS would grant the motion.

No. — – ——. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC., ET AL. *v.* DANIEL ET AL. Motion of appellants to file an appendix to a jurisdictional statement that does not comply with the Rules of this Court denied. JUSTICE BLACKMUN, JUSTICE STEVENS, and JUSTICE O'CONNOR would grant the motion and require the appellants to file 40 copies of the appendix.